**STATEMENT OF FACTS**

On Tuesday, August 15, 2006, at about 10:30 p.m., members of the Drug Enforcement Administration, Washington Division Office, conducted a traffic stop on a silver Lincoln Town Car bearing Texas license plates at 21st and K Street, N.W., Washington, D.C. The car was occupied by defendants Carl Miller and Andre Randle. During the course of the stop, defendant Miller, who was the driver, gave agents consent to search the car. In addition to the consent to search, a Metropolitan Police Department (MPD) K-9 gave a positive alert for the presence of narcotics in the car. Agents searched the car and recovered approximately nine kilograms of suspected cocaine from the dash area of the car. A portion of the suspected cocaine field tested positive for cocaine. Agents placed both defendants under arrest.

SPECIAL AGENT ANTHONY CONTE
DRUG ENFORCEMENT ADMINISTRATION

SWORN AND SUBSCRIBED BEFORE ME
ON THIS ___ DAY OF AUGUST, 2006.

U.S. MAGISTRATE JUDGE