**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : **Criminal Nos. 06-MJ-366** |
| v. | : |
| | : |
| **CARL MILLER** | : |
| | : |

**Notice of Appearance**

Would the Clerk of the Court please notice the appearance of Jenifer Wicks as retained counsel for the defendant.

Respectfully submitted,

_____/s/_____
JENIFER WICKS
Law Offices of Jenifer Wicks
The Webster Building
503 D Street NW Suite 250A
Washington, DC 20001
(202) 326-7100
Facsimile (202) 478-0867
Email JWicksLaw@aol.com